NO. 07-00-0480-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

FEBRUARY 13, 2001

______________________________

EX PARTE ERIC E. MONTOYA

_________________________________

FROM THE 137
TH
 DISTRICT COURT OF LUBBOCK COUNTY;

NO. 99-429-930; HON. CECIL G. PURYEAR, PRESIDING

_______________________________

Before Boyd, C.J. and Quinn and Reavis, JJ.

Eric Edward Montoya appealed from an order denying his application for writ of habeas corpus.  The cause was scheduled to be submitted for determination upon oral argument on February 6, 2001.  However, Montoya, through his counsel of record, represented to the court that 1) he no longer cared to so submit the cause, 2) the cause had become moot, and 3) the “appeal should be denied”.  Pursuant to these representations, we overrule the points cited in his brief and affirm the order denying Montoya’s application for writ of habeas corpus.

Brian Quinn

    Justice

Do not publish.